**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Randy Arlan MAINWARING,**
**Defendant-Appellant.**

**No. 16-30084**

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2017 *

Filed March 14, 2017

Amy Potter, Assistant U.S. Attorney, U.S. Attorney's Office, Eugene, OR, Kelly A. Zusman, Assistant U.S. Attorney, DOJ-USAO, Portland, OR, for Plaintiff-Appellee

Bear Wilner-Nugent, Esquire, Attorney, Bear Wilner-Nugent, Counselor & Attorney at Law LLC, Portland, OR, for Defendant-Appellant

Before: LEAVY, W. FLETCHER, and OWENS, Circuit Judges.

### MEMORANDUM **

Randy Arlan Mainwaring appeals from the district court's judgment and challenges the 28-month sentence imposed

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

upon his third revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Mainwaring contends that his sentence is substantively unreasonable. The district court did not abuse its discretion in imposing Mainwaring's sentence. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The above-Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3583(e) sentencing factors and the totality of the circumstances, including Mainwaring's repeated breaches of the court's trust and his unsuitability for supervised release. *See Gall*, 552 U.S. at 51, 128 S.Ct. 586; *United States v. Simtob*, 485 F.3d 1058, 1062-63 (9th Cir. 2007).

**AFFIRMED.**